# United States Court of Appeals for the Federal Circuit

---

**IN RE: UNIVERSAL ELECTRONICS, INC.,**
*Appellant*

---

2022-1230

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 15/962,451.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED AND REMANDED**

FOR THE COURT

May 10, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court